582

396 A.2d 59

Commonwealth v. Edward Young, Appellant.

Submitted November 8, 1976. John J. Dean, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 59

Commonwealth v. Robert Young, Appellant.

Submitted December 6, 1977. Albert R. Murray, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.